DAVID BERGMAN and SAMUEL FELDMAN, Copartners, etc., Appellants, v. SCOTTISH UNION AND NATIONAL FIRE INSURANCE COMPANY, Respondent.— Motion

for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.